UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ICONIX BRAND GROUP, INC. SHAREHOLDER DERIVATIVE LITIGATION | **ORDER**<br><br>16 Civ. 2212 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      In early 2016, Plaintiffs in this consolidated action filed two shareholder derivative actions against certain directors and officers of Iconix Brand Group, Inc.  In July 2016, Plaintiffs stipulated to consolidate the case, appoint co-lead counsel, and temporarily stay the consolidated shareholder derivative actions while a securities fraud class action arising from common facts, In re Iconix Brand Group, Inc. (15 Civ. 4860) was pending.  (Stip. (Dkt. No. 24) at 2)  There has been no substantive action in this matter since August 2016, when Plaintiffs designated the operative Complaint for the consolidated action.  (Dkt. No. 26)

      On January 23, 2020, the Court conducted a fairness hearing in the securities action.  The same day, the Court approved the Plan of Allocation of the Settlement proceeds, entered final judgment, and terminated the case.  In re Iconix Brand Group, Inc. (15 Civ. 4860, Dkt. Nos. 170, 171)  On September 16, 2021, the Court denied a class objector's motion for reconsideration of final judgment and preliminary class certification.  In re Iconix Brand Group, Inc. (15 Civ. 4860, Dkt. No. 185)  There are no further matters pending in the securities action.

      The parties are directed to submit a joint status letter by **November 8, 2021** informing the Court how they wish to proceed in the shareholder derivative litigation.

Dated:  New York, New York
        November 3, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge