UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ICONIX BRAND GROUP, INC. SHAREHOLDER DERIVATIVE LITIGATION | Case No.: 1:16-cv-02212-PGG<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of the Court and All Counsel of Record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Defendants Mark Friedman, Sue Gove, Barry Emanuel, Peter Cuneo, Drew Cohen, and James Marcum.

**PLEASE TAKE FURTHER NOTICE** that the undersigned certifies that he is a member in good standing of the bar of this Court.

Dated: November 8, 2021
New York, New York

                                                    Respectfully submitted,

                                                    PERKINS COIE LLP

                                                    */s/ Arthur S. Greenspan*
                                                    Arthur S. Greenspan
                                                    PERKINS COIE LLP
                                                    1155 Avenue of the Americas, 22nd Floor
                                                    New York, NY 10036
                                                    Tel. 212.261.6820
                                                    Fax. 212.399.8079
                                                    AGreenspan@perkinscoie.com

                                                    *Attorneys for Defendants Mark Friedman, Sue Gove, Barry Emanuel, Peter Cuneo, Drew Cohen, and James Marcum*