November 8, 2021

**BY ECF**

Honorable Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 705
New York, NY 10007

RE:   James v. Iconix Brand Group, Inc. et al., 1:16-cv-02212-PGG

Dear Judge Gardephe:

On behalf of all parties in the above-referenced consolidated action, we respectfully write in response to the Court's order dated November 3, 2021 (ECF No. 33) to provide the following update.

On June 11, 2021, Nominal Defendant Iconix Brand Group ("Iconix") entered into a definitive agreement and plan of merger, which closed on August 4, 2021 and resulted in Iconix becoming a private company. Further, on November 1, 2021, a jury acquitted Iconix's former Chief Executive Officer, Neil Cole, of conspiracy charges and failed to reach a verdict on all remaining counts.

In light of the above, pursuant to Rules 23.1(c) and 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs are submitting a notice of voluntary dismissal with proposed order dismissing the above-captioned action. No payments have been made to Plaintiffs or their counsel and the parties will each bear their own costs and expenses.

The parties respectfully request that the Court enter the proposed order and terminate this matter.

Respectfully submitted,

| | |
|---|---|
| LAW OFFICES OF BETH A. KELLER, P.C. | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| */s/ Beth A. Keller* <br> BETH A. KELLER <br> 118 North Bedford <br> Suite 100 <br> Mt. Kisco, NY 10549 <br> Telephone: (914) 752-3040 <br> Fax: (914) 752-3041 <br> bkeller@keller-lawfirm.com | *Jay B. Kasner* <br> JAY B. KASNER <br> SCOTT D. MUSOFF <br> ALEXANDER C. DRYLEWSKI <br> One Manhattan West <br> New York, NY 10001 <br> Telephone: (212) 735-3000 <br> jkasner@skadden.com <br> smusoff@skadden.com <br> alexander.drylewski@skadden.com |
| BRAGAR, EAGEL & SQUIRE P.C. <br> J. BRANDON WALKER <br> 885 Third Avenue <br> Suite 3040 <br> New York, NY 10022 <br> Telephone: (212) 308-5858 <br> Fax: (212) 486-0462 <br> henderson@bespc.com | *Counsel for Nominal Defendant Iconix Brand Group, Inc.* <br><br> PERKINS COIE LLP <br><br> */s/ Arthur Greenspan* <br> ARTHUR GREENSPAN <br> 1155 Avenue of the Americas, 22nd Floor <br> New York, NY 10036-2711 <br> Telephone: (212) 262-6900 <br> Fax: (212) 977-1649 <br> agreenspan@perkinscoie.com |
| GLANCY PRONGAY & MURRAY LLP <br> ROBERT V. PRONGAY <br> 1925 Century Park East, Suite 20100 <br> Los Angeles, CA 90067 <br> Telephone: (310) 201-9150 <br> Fax: (310) 432-1945 <br><br> *Counsel for Plaintiff Patricia James* | *Counsel for Defendants Mark Friedman, Sue Gove, Barry Emanuel, Peter Cuneo, Drew Cohen, and James Marcum* |

Hon. Paul G. Gardephe
November 8, 2021
Page 3

| | |
|---|---|
| IZARD, KINDALL & RAABE LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| */s/ Mark P. Kindall*<br>MARK P. KINDALL<br>29 South Main Street, Suite 305<br>West Hartford, CT 06107<br>Telephone: (860) 493-6292<br>Fax: (860) 493-6290<br>mkindall@izardnobel.com | */s/ Lorin L. Reisner*<br>LORIN L. REISNER<br>RICHARD A. ROSEN<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Fax: (212) 757-3990<br>lreisner@paulweiss.com<br>rrosen@paulweiss.com |
| SHUMAN GLENN & STECKER<br>KIP B. SHUMAN<br>One Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (303) 861-3003<br>Fax: (303) 536-7849<br>kip@shumanlawfirm.com | *Counsel for Defendant Neil Cole*<br><br>SHEARMAN & STERLING LLP |
| SHUMAN GLENN & STECKER<br>RUSTY E. GLENN<br>600 17th Street, Suite 2800 South<br>Denver, CO 80202<br>Telephone: (303) 861-3003<br>Fax: (303) 536-7849 | */s/ Agnes Dunogue*<br>AGNES DUNOGUE<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 848-5257<br>Fax: (646) 848-5257<br>Agnes.Dunogue@Shearman.com |
| *Counsel for Plaintiff Jack Ruthazer* | *Counsel for Defendant Warren Clamen* |
| | FRANKFURT KURNIT KLEIN & SELZ, P.C. |
| | */s/ Brian E. Maas*<br>BRIAN E. MAAS<br>28 Liberty Street<br>New York, NY 10005<br>Telephone: (212) 705-4836<br>aungberg@fkks.com<br>bmaas@fkks.com |
| | *Counsel for Defendant Jeff Lupinacci* |

Hon. Paul G. Gardephe
November 8, 2021
Page 4

                                    FRIEDMAN KAPLAN SEILER &
                                       ADELMAN LLC

                                  */s/ Eric Corngold*
                                  ERIC CORNGOLD
                                  JOHN N. ORSINI
                                  7 Times Square, 28th Floor
                                  New York, NY 10036
                                  Telephone: (212) 833-1100
                                  Fax: (212) 373-7986
                                  ecorngold@fklaw.com
                                  jorsini@fklaw.com

                                  *Counsel for Defendant David Blumberg*