UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ICONIX BRAND GROUP, INC. SHAREHOLDER DERIVATIVE LITIGATION | Case No. 1:16-cv-2212 (PGG) |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

Pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a)(1), and by and through counsel, Plaintiffs Patricia James and Jack Ruthazer hereby notice their dismissal of this action with prejudice.  Notice of the voluntary dismissal to shareholders (Fed. R. Civ. P. 23.1(c)) is not required here because: (i) there has been no settlement or compromise of the action; (ii) there has been no collusion among the parties; (iii) neither Plaintiffs nor their counsel have received, or will receive, directly or indirectly, any consideration from Defendants for the dismissal; and (iv) the dismissal is with prejudice only as to the named Plaintiffs.

Dated: November 8, 2021            Respectfully submitted,

**LAW OFFICES OF BETH A. KELLER, P.C.**

*/s/ Beth A. Keller*
Beth A. Keller (BK-9421)
118 North Bedford Road, Suite 100
Mt. Kisco, NY 10549
(914) 752-3040 (t)
(914) 752-3041 (f)
bkeller@keller-lawfirm.com

-and-

BRAGAR EAGEL & SQUIRE P.C.
J. Brandon Walker
885 Third Avenue, Suite 3040
New York, NY 10022
Telephone: (212) 308-5858
Facsimile: (212) 214-0506

-and-

GLANCY PRONGAY & MURRAY LLP
Robert V. Prongay
1925 Century Park East, Suite 20100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 432-1495

*Counsel for Plaintiff Patricia James*

**IZARD, KINDALL & RAABE LLP**

*/s/ Mark P. Kindall*
Mark P. Kindall
29 South Main Street, Ste. 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
mkindall@izardnobel.com

-and-

SHUMAN, GLENN & STECKER
Kip B. Shuman
100 Pine Street, Ste. 1250
San Francisco, CA 94111
Telephone: (303) 861-3003
Facsimile: (303) 536-7849
Kip@shumanlawfirm.com

-and-

SHUMAN, GLENN & STECKER
Rusty E. Glenn
600 17th Street, Ste. 2800 South
Denver, CO 80202
Telephone: (303) 861-3003
Facsimile: (303) 536-7849

*Counsel for Plaintiff Jack Ruthazer*

3

**[PROPOSED] ORDER**

SO ORDERED:

_____
Honorable Paul G. Gardephe
United States District Judge

4

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 8, 2021, a true and correct copy of the attached Plaintiffs' Notice of Voluntary Dismissal With Prejudice and [Proposed] Order was served on all parties via the Court's CM/ECF system.

*/s/ Beth A. Keller*